# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN ROBERT HALVERSON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 76176

**FILED**

JUL 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his appeal on June 15, 2018. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____ J.
Gibbons

_____, J.
Hardesty

cc:    Hon. Kenneth C. Cory, District Judge
       Steven Robert Halverson
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-25754